**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **KRISTEN ANDERSON, ET AL.**<br>    *Plaintiffs* | * <br> * <br> * <br> * | CASE NO.<br>5:07cv137-DCB-JMR |
| **VERSUS** | * <br> * | JUDGE: BRAMLETTE |
| **THE WACKENHUT CORPORATION**<br>    *Defendant* | * <br> * <br> * | MAGISTRATE JUDGE:<br>ROPER |

\* \* \* \* \* \* \* \* \*

## **ORDER**

Upon Consideration of the foregoing Joint Motion to File Attachments Under Seal and finding it to be well taken;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED**, that the motion is hereby granted.

Natchez, Mississippi, this   6th   day of   January  , 2009.

                                   s/ David Bramlette
                                      **JUDGE**